[No. 47477-8-II.  Division Two.  February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREL LORNE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00309-1, Vicki L. Hogan, J., entered April 17, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 47573-1-II.  Division Two.  February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD GLENN DAUGHERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-05005-8, John R. Hickman, J., entered May 8, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 47702-5-II.  Division Two.  February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS ALLEN FORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-02523-0, Katherine M. Stolz, J., entered June 12, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 47841-2-II.  Division Two.  February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE ALVAREZ-GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02387-3, Stanley J. Rumbaugh, J., entered July 10, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.